IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE PACKAGING, INC., individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Case No. 14-cv-5038 |
| v. ) ) | Hon. Robert M. Dow, Jr. |
| LIBERTY CAPITAL GROUP, INC., a California corporation, ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Date: September 8, 2014                                  Respectfully submitted,

                                                         BRUCE PACKAGING, INC., individually
                                                         and on behalf of all others similarly situated,

                                                         By:  *s/ Joseph J. Siprut*
                                                              One of the Attorneys for Plaintiff
                                                              And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
SIPRUT PC
17 North State St.
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed on this 8th day of September, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                                        *s/ Joseph J. Siprut*

4825-5756-7518, v. 1