# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Bruce Packaging, Inc.

                                Plaintiff,

v.                                                              Case No.: 1:14–cv–05038
                                                              Honorable Robert M. Dow Jr.

Liberty Capital Group, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims. Motion to certify class [3] is stricken without prejudice. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.